896

No. 05–5325. JOHNSON v. DRETKE, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–5326. LUCAS v. DRETKE, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-SION. C. A. 5th Cir. Certiorari denied.

No. 05–5327. WILLIAMS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–5328. ALVARADO-MANCILLA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5329. D'AMARIO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–5330. QUEZADA-OCON, AKA SAENZ QUEZADA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5331. CASTILLO v. LOUISIANA. C. A. 5th Cir. Certio-rari denied.

No. 05–5332. STEWART v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–5333. CASTILLO-ABREGO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5334. DUARTE v. UNITED STATES. C. A. 2d Cir. Cer-tiorari denied.

No. 05–5335. ELIZONDO-HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–5336. KIRSTEN C. v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 05–5337. PERKINSON v. GEORGIA. Sup. Ct. Ga. Certio-rari denied.

No. 05–5338. KRUTILEK v. KENNEY, WARDEN. C. A. 8th Cir. Certiorari denied.